ROBERT B. SYKES (#3180)
**SYKES MCALLISTER LAW OFFICES, PLLC**
311 S. State Street, Suite 240
Salt Lake City, Utah 84111
(801) 533-0222
bob@sykesmcallisterlaw.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| JACKIE SANCHEZ, | |
| | **JUDGMENT** |
| Plaintiff, | - - - - - |
| | **On Rule 68 Offer of Judgment** |
| vs. | |
| | |
| BENJAMIN HONE, A Salt Lake City Police Officer; SALT LAKE CITY, a Political Subdivision; and JOHN and JANE DOES 1-10, | Civil No. 2:17-cv-1257 |
| | Judge Dale A. Kimball |
| Defendants. | Magistrate Judge Dustin B. Pead |

Based upon the acceptance by Plaintiff of a Rule 68 Offer of Judgment, as demonstrated by the written Notice of Acceptance received and reviewed by the Clerk,

**JUDGMENT IS HEREBY GRANTED** to Plaintiff in the amount of Twenty Thousand and One Dollars (**$20,001.00**), plus reasonable attorneys' fees and costs accrued to date.

A separate motion to the court for the award of costs and attorney fees pursuant to 42 U.S.C. § 1988 will be made by Plaintiff to determine the reasonable attorney fees and costs accrued through May 11, 2018, which will be determined at a later date.

DATED this 29th day of May, 2018.

                         **BY THE COURT:**

                         _____
                         U.S. DISTRICT COURT JUDGE

180525.Proposed Judgment.wpd